IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DEBORAH B. JORDAN                                                                                    PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 2:11cv23-P-S

WEST BOLIVAR SCHOOL DISTRICT, *ET AL*.                                              DEFENDANT

## ORDER

This matter is before the court on the plaintiff motion for reconsideration of the court's February 4, 2011 order denying appointment of counsel (# 3). In its previous orders, the court found that the plaintiff had failed to show that she was entitled to appointed counsel in this Title VII case. The court pointed out at least three factors that courts consider in ruling on motions for appointed counsel: (1) the merits of the plaintiff's claim of discrimination, (2) the efforts taken by the plaintiff to obtain counsel, and (3) the plaintiff's financial ability to retain counsel. With the present motion, the plaintiff again provides evidence that she is unable to retain counsel and offers evidence of contact with three additional attorneys, who, for varying reasons, were unable to take her case. Again, this is not enough, and based on the reasoning already provided by the court, this motion is not well-taken.

IT IS, THEREFORE, ORDERED that the plaintiff's motion to reconsider the court's February 4, 2011 order denying appointment of counsel (#3) is hereby DENIED.

So ORDERED, this the 24th day of February, 2011.

/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**