**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DEBORAH JORDAN**                                        **PLAINTIFF**

**VS.**                                              **CAUSE No.: 2:11cv23-MPM-JMV**

**WEST BOLIVAR SCHOOL
DISTRICT**                                                **DEFENDANT**

## ORDER

This matter is before the court on motion of the defendant to deem unanswered requests for admission admitted (#54). On January 17, 2013, Defendant mailed and e-mailed Requests for Admission to Plaintiff's attorney. According to the Defendant, it has never received Answers to these Requests for Admissions. Pursuant to Rule 36 of the Federal Rules of Civil Procedure, a matter is deemed admitted unless, within thirty (30) days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney. Plaintiff has offered no response to the pending motion.

Therefore, as Plaintiff has failed to answer the Requests for Admissions or to object to same, the requests for admission shall be deemed admitted.

IT IS, THEREFORE, ORDERED that the defendant's motion to deem requests for admission admitted (#54) is hereby GRANTED.

**SO ORDERED** this 24th day of April 2013.

                                                                     /s/Jane M. Virden
                                                                     U.S. MAGISTRATE JUDGE